UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN HRBAL,

    Plaintiffs,

v.

J Nelson Construction LLC,

    Defendant.

Case No. 22-cv-10480

Hon. Denise Page Hood

---

Noah S. Hurwitz (P74063)
Grant M. Vlahopoulos (85633)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
617 Detroit St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
grant@hurwitzlaw.com

---

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff SEAN HRBAL and or his counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant J NELSON CONSTURCTION LLC.

Date: June 15, 2022

<u>/s/ Noah S. Hurwitz</u>
*Signature of plaintiffs or plaintiff's counsel*

<u>617 Detroit St., STE 125</u>
*Address*

<u>Ann Arbor, MI 48104</u>
*City, State & Zip Code*

<u>734-645-5263</u>
*Telephone Number*